

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00222-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,**
Appellant

v.

Alicia **LIMA,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1880-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On April 11, 2019, appellant filed an unopposed motion for temporary relief and stay pending resolution of settlement negotiations. On April 12, 2019, this court granted the motion and ordered appellant file a motion requesting an appropriate disposition of this appeal by June 11, 2019. *See Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.); TEX. R. APP. P. 42.1, 43.2. As of the date of this order, appellant has not filed such a motion.

Accordingly, appellant is ORDERED to file within ten (10) days of the date of this order either: (a) a motion requesting an appropriate disposition of this appeal; or (b) a written response stating appellant desires to prosecute this appeal. If appellant fails to respond to this order, this appeal will be dismissed for want of prosecution and costs of this appeal will be assessed against appellant. *See* TEX. R. APP. P. 42.3(b), (c)

All appellate deadlines remain suspended pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court